IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03256-DME-KMT

PLX TECHNOLOGY, INC.,

    Plaintiff,

v.

FRANCIS P. KNUETTEL, II,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Plaintiff's Motion for Leave to File Supplemental Response to Defendant's Motion to Transfer Venue [Doc. No. 17] is GRANTED.

    DATED:    March 8, 2012